# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER RUSSELL, | : | |
|     Plaintiff. | : | CIVIL ACTION |
| | : | No. 18-2657 |
| v. | : | |
| | : | |
| NESHAMINY SCHOOL DISTRICT, | : | |
|     Defendant. | : | |

## ORDER

**AND NOW,** this _27TH_ day of November, 2018, it is **ORDERED** that the parties' joint stipulation regarding an extension of the discovery deadline (ECF No. 20) is **APPROVED**. All fact discovery must be completed on or before **February 25, 2019**. Dispositive motions must be filed on or before **March 11, 2019**. All other pretrial deadlines in the Court's scheduling order (ECF No. 13) remain unchanged.

                                                              s/Anita B. Brody

                                                    _____
                                                    ANITA B. BRODY, J.

Copies **VIA ECF** on 11/27/2018